```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                           Case No. 16-04378-RNO
Joseph M. Rutkoski, Sr.                                                          Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 2            Date Rcvd: Jan 03, 2017
                              Form ID: ntnew341           Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
```
db             Joseph M. Rutkoski, Sr.,   9 Smythe St,   Sugar Notch, PA  18706-2512
4847396       +APR Supply Co.,   749 Guilford Street,   Lebanon, PA 17046-3531
4847397        Berkheimer Tax Administrator,   PO Box 25143,   Lehigh Valley, PA  18002-5143
4847398        Capital One Bank,   PO Box 71083,   Charlotte, NC  28272-1083
4851929        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
4847399        Concord VCLTA, LLC,   PO Box 29352,   Phoenix, AZ  85038-9352
4847401        Haggerty, Hinton & Cosgrove, LLP,   203 Franklin Ave,   Scranton, PA  18503-1911
4847402       +Home Depot USA Inc.,   2455 Paces Ferry Road,   Store Support Center,   Atlanta, GA 30339-1834
4847395        Law Office of David J Harris,   67-69 Public Sq Ste 700,   Wilkes Barre, PA  18701-2515
4847405        Lineberger, Goggan, Blair & Sampson, LLP,   PO Box 90128,   Harrisburg, PA  17109-0128
4847406       +Luzerne County Tax Claim Bureau,   200 North River Street,   Luzerne County,
                 Wilkes-Barre, PA 18711-1001
4847409        NYSIF Legal Department,   2001 Perimeter Rd E,   Endicott, NY  13760-7310
4847408       +Nationwide Insurance,   1 Nationwide Bldg,   Dept 5582,   Des Moines, IA 50391-5582
4847411        PA Dept. Of Labor & Industry,   651 Boas St Fl 10,   Harrisburg, PA  17121-0751
4847412        Pierce Phelps,   Attn: Gentile Law Firm,   220 S White Horse Pike,   Audubon, NJ  08106-1371
4847413        Pierce-Phelps Inc.,   2251 Industrial Hwy,   York, PA  17402-2224
4847415        RJ Walker Co.,   5 Spring St,   Wilkes Barre, PA  18702-5527
4847414        ReMichel Co.,   c/o Amato, Keating and Lessa, PC,   107 N Commerce Way Ste 100,
                 Bethlehem, PA  18017-8913
4847394        Rutkoski Joseph M Sr,   9 Smythe St,   Sugar Notch, PA  18706-2512
4847416        Service Electric Cable,   P. O. Box 25025,   Lehigh Valley, PA  18002-5025
4847419        Toyota Motor Credi,   Central Credit Services,   PO Box 15118,   Jacksonville, FL  32239-5118
4866028       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
4847421        Vanderbilt Mortgage,   PO Box 9800,   Maryville, TN  37802-9800
4852829       +Vanderbilt Mortgage and Finance, Inc.,   PO Box 9800,   Maryville, TN 37802-9800
4847422        Verizon,   The CBE Group,   PO Box 2594,   Waterloo, IA  50704-2594
4847423       +Wells Fargo Financial Nat'l Bank,   MAC #N8235-040,   7000 Vista Dr,
                 West Des Moines, IA 50266-9310
4847424        York International,   c/o Amato, Keating and Lessa, PC,   107 N Commerce Way Ste 100,
                 Bethlehem, PA  18017-8913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4847400        E-mail/Text: creditonebknotifications@resurgent.com Jan 03 2017 18:45:57     Credit One Bank,
                 PO Box 60500,   City of Industry, CA  91716-0500
4847403        E-mail/Text: cio.bncmail@irs.gov Jan 03 2017 18:45:59     Internal Revenue Service,
                 P. O. Box 7346,   Philadelphia, PA  19101-7346
4847404       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 03 2017 18:45:58     Kohl's Payment Center,
                 P. O. Box 2983,   Milwaukee, WI 53201-2983
4847407        E-mail/Text: bkr@cardworks.com Jan 03 2017 18:45:54     Merrick Bank,   PO Box 660702,
                 Dallas, TX  75266-0702
4868100        E-mail/PDF: cbp@onemainfinancial.com Jan 03 2017 18:47:22     ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
4847410        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2017 18:46:03     PA Dept Of Revenue,
                 PO Box 280946,   Bankruptcy Division,   Harrisburg, PA  17128-0946
4847417        E-mail/PDF: cbp@onemainfinancial.com Jan 03 2017 18:47:29     Springleaf Financial Services,
                 PO Box 742536,   Cincinnati, OH  45274-2536
4847418        E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2017 18:47:09     Synchrony Bank,   PO Box 960013,
                 Orlando, FL  32896-0013
4847420        E-mail/Text: bnc@alltran.com Jan 03 2017 18:45:56     United Recovery Systems, LP,
                 P. O. Box 722910,   Houston, TX  77272-2910
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                       Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2017 at the address(es) listed below:

          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          David J. Harris    on behalf of Debtor Joseph M. Rutkoski, Sr. dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                     TOTAL: 4

ntnew341 (12/14)

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Joseph M. Rutkoski Sr.<br>Debtor(s) | Chapter | 13 |
| :--- | :--- | :--- |
| | Case No. | 5:16−bk−04378−RNO |

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: February 13, 2017 |
| :--- | :--- |
| | Time: 11:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
| :--- | :--- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 3, 2017 |