```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04378-RNO
Joseph M. Rutkoski, Sr.                                             Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: CGambini          Page 1 of 2          Date Rcvd: Feb 15, 2017
                            Form ID: ntcnfhrg       Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2017.
```
db              Joseph M. Rutkoski, Sr.,    9 Smythe St,    Sugar Notch, PA  18706-2512
4847396        +APR Supply Co.,    749 Guilford Street,    Lebanon, PA 17046-3531
4847397         Berkheimer Tax Administrator,    PO Box 25143,    Lehigh Valley, PA  18002-5143
4847398         Capital One Bank,    PO Box 71083,    Charlotte, NC  28272-1083
4851929         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4876191         Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4847399         Concord VCLTA, LLC,    PO Box 29352,    Phoenix, AZ  85038-9352
4847401         Haggerty, Hinton & Cosgrove, LLP,    203 Franklin Ave,    Scranton, PA  18503-1911
4847402        +Home Depot USA Inc.,    2455 Paces Ferry Road,    Store Support Center,    Atlanta, GA 30339-1834
4847395         Law Office of David J Harris,    67-69 Public Sq Ste 700,    Wilkes Barre, PA  18701-2515
4847405         Lineberger, Goggan, Blair & Sampson, LLP,    PO Box 90128,    Harrisburg, PA  17109-0128
4847406        +Luzerne County Tax Claim Bureau,    200 North River Street,    Luzerne County,
                 Wilkes-Barre, PA 18711-1001
4847409         NYSIF Legal Department,    2001 Perimeter Rd E,    Endicott, NY  13760-7310
4847408        +Nationwide Insurance,    1 Nationwide Bldg,    Dept 5582,    Des Moines, IA 50391-5582
4847411         PA Dept. Of Labor & Industry,    651 Boas St Fl 10,    Harrisburg, PA  17121-0751
4847412         Pierce Phelps,    Attn: Gentile Law Firm,    220 S White Horse Pike,    Audubon, NJ  08106-1371
4847413         Pierce-Phelps Inc.,    2251 Industrial Hwy,    York, PA  17402-2224
4847415         RJ Walker Co.,    5 Spring St,    Wilkes Barre, PA  18702-5527
4847414         ReMichel Co.,   c/o Amato, Keating and Lessa, PC,    107 N Commerce Way Ste 100,
                 Bethlehem, PA  18017-8913
4847394         Rutkoski Joseph M Sr,    9 Smythe St,    Sugar Notch, PA  18706-2512
4847416         Service Electric Cable,    P. O. Box 25025,    Lehigh Valley, PA  18002-5025
4847419         Toyota Motor Credi,    Central Credit Services,    PO Box 15118,    Jacksonville, FL  32239-5118
4866028        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
4847421         Vanderbilt Mortgage,    PO Box 9800,    Maryville, TN  37802-9800
4852829        +Vanderbilt Mortgage and Finance, Inc.,    PO Box 9800,    Maryville, TN 37802-9800
4847422         Verizon,    The CBE Group,    PO Box 2594,    Waterloo, IA  50704-2594
4879355         Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines,    IA    50306-0438
4847423        +Wells Fargo Financial Nat'l Bank,    MAC #N8235-040,    7000 Vista Dr,
                 West Des Moines, IA 50266-9310
4847424         York International,   c/o Amato, Keating and Lessa, PC,    107 N Commerce Way Ste 100,
                 Bethlehem, PA  18017-8913
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4847400         E-mail/Text: creditonebknotifications@resurgent.com Feb 15 2017 19:05:41      Credit One Bank,
                 PO Box 60500,    City of Industry, CA  91716-0500
4847403         E-mail/Text: cio.bncmail@irs.gov Feb 15 2017 19:05:44      Internal Revenue Service,
                 P. O. Box 7346,    Philadelphia, PA  19101-7346
4847404        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 15 2017 19:05:43      Kohl's Payment Center,
                 P. O. Box 2983,    Milwaukee, WI 53201-2983
4872297         E-mail/Text: bkr@cardworks.com Feb 15 2017 19:05:39      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
4847407         E-mail/Text: bkr@cardworks.com Feb 15 2017 19:05:39      Merrick Bank,    PO Box 660702,
                 Dallas, TX  75266-0702
4868100         E-mail/PDF: cbp@onemainfinancial.com Feb 15 2017 18:58:14      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
4847410         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2017 19:05:48      PA Dept Of Revenue,
                 PO Box 280946,    Bankruptcy Division,    Harrisburg, PA  17128-0946
4847417         E-mail/PDF: cbp@onemainfinancial.com Feb 15 2017 18:58:14      Springleaf Financial Services,
                 PO Box 742536,    Cincinnati, OH  45274-2536
4847418         E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2017 18:58:11      Synchrony Bank,    PO Box 960013,
                 Orlando, FL  32896-0013
4847420         E-mail/Text: bnc@alltran.com Feb 15 2017 19:05:41      United Recovery Systems, LP,
                 P. O. Box 722910,    Houston, TX  77272-2910
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor Joseph M. Rutkoski, Sr. dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Joseph M. Rutkoski Sr.<br>Debtor(s) | Chapter 13<br>Case No. 5:16−bk−04378−RNO |

# Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **March 17, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 29, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 15, 2017 |