DAVID J. HARRIS, ESQUIRE
ATTORNEY FOR DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail: dh@lawofficeofdavidharris.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
JOSEPH M. RUTKOSKI, SR. : Chapter 13
: Case No.: 5:16-bk-04378
Debtor :

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 5th day of May, 2017, I served a true and correct copy of the of the attached Notice and First Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: May 5, 2017      By:  /s/ David J. Harris
Wilkes-Barre, Pennsylvania        DAVID J. HARRIS, ESQUIRE

Rev. 04/19/07

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

JOSEPH M. RUTKOSKI

Chapter: 13

Case No.: 5:16-BK-04378

Debtor(s)

## NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: 06/06/2017  Time: 9:30 am

Location: 197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: 06/02/2017.

**For cases before the Hon. Robert N. Opel, II and Hon. John J. Thomas (indicated in the Case No. with the initials "JJT" or "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 5/5/2017  Filed by: /S/ DAVID J. HARRIS, ESQUIRE

Label Matrix for local noticing
0314-5
Case 5:16-bk-04378-JJT
Middle District of Pennsylvania
Wilkes-Barre
Fri May 5 10:39:55 EDT 2017



APR Supply Co.
749 Guilford Street
Lebanon, PA 17046-3531


Berkheimer Tax Administrator
PO Box 25143
Lehigh Valley, PA 18002-5143


Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Concord VCLTA, LLC
PO Box 29352
Phoenix, AZ 85038-9352

Credit One Bank
PO Box 60500
City of Industry, CA 91716-0500



Haggerty, Hinton & Cosgrove, LLP
203 Franklin Ave
Scranton, PA 18503-1911



Home Depot USA Inc.
2455 Paces Ferry Road
Store Support Center
Atlanta, GA 30339-1834

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Kohl's Payment Center
P. O. Box 2983
Milwaukee, WI 53201-2983



Lineberger, Goggan, Blair & Sampson, LLP
PO Box 90128
Harrisburg, PA 17109-0128

Luzerne County Tax Claim Bureau
200 North River Street
Luzerne County
Wilkes-Barre, PA 18711-1001

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

MIDLAND FUNDING LLC
MIDLAND CREDIT MANAGEMENT, INC. as agent
for MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Merrick Bank
PO Box 660702
Dallas, TX 75266-0702

NYSIF Legal Department
2001 Perimeter Rd E
Endicott, NY 13760-7310

Nationwide Insurance
1 Nationwide Bldg
Dept 5582
Des Moines, IA 50391-5582

ONEMAIN
PO BOX 3251
EVANSVILLE, IN. 47731-3251

PA Dept Of Revenue
PO Box 280946
Bankruptcy Division
Harrisburg, PA 17128-0946

PA Dept. Of Labor & Industry
651 Boas St Fl 10
Harrisburg, PA 17121-0751

Pierce Phelps
Attn: Gentile Law Firm
220 S White Horse Pike
Audubon, NJ 08106-1371

Pierce-Phelps Inc.
2251 Industrial Hwy
York, PA 17402-2224

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RJ Walker Co.
5 Spring St
Wilkes Barre, PA 18702-5527

ReMichel Co.
c/o Amato, Keating and Lessa, PC
107 N Commerce Way Ste 100
Bethlehem, PA 18017-8913



2512

Service Electric Cable
P. O. Box 25025
Lehigh Valley, PA  18002-5025

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Synchrony Bank
PO Box 960013
Orlando, FL  32896-0013

Toyota Motor Credi
Central Credit Services
PO Box 15118
Jacksonville, FL  32239-5118

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

United Recovery Systems, LP
P. O. Box 722910
Houston, TX  77272-2910



Vanderbilt Mortgage and Finance, Inc.
PO Box 9800
Maryville, TN 37802-9800

Verizon
The CBE Group
PO Box 2594
Waterloo, IA  50704-2594

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

Wells Fargo Bank, N.A.
PO Box 10438
Des Moines,   IA      50306-0438

Wells Fargo Financial Nat'l Bank
MAC #N8235-040
7000 Vista Dr
West Des Moines, IA 50266-9310

York International
c/o Amato, Keating and Lessa, PC
107 N Commerce Way Ste 100
Bethlehem, PA  18017-8913

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Toyota Motor Credit Corporation

End of Label Matrix
Mailable recipients   45
Bypassed recipients    1
Total                 46