UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOSEPH M. RUTKOSKI, SR. | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| | : | |
| vs. | : | |
| | : | |
| JOSEPH M. RUTKOSKI, SR. | : | |
| Respondent(s) | : | CASE NO. 5-16-bk-04378 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 1st day of August, 2017, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about May 15, 2017 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 1st day of August, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

David Harris, Esquire
69 Public Square, Suite 700
Wilkes Barre, PA 18701

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee3