# KML LAW GROUP, P.C.
**701 MARKET STREET, SUITE 5000**
**Philadelphia, PA 19106**
www.kmllawgroup.com

November 3, 2017

Joseph M. Rutkoski, Sr.
9 Smythe Street
Sugar Notch, PA 18706

RE:    Joseph M. Rutkoski, Sr.
        Bankruptcy Case Number:  16-04378 JJT
        Our File Number:  165289BK

Dear Sir or Madam:

    Enclosed for service upon you and your counsel, is a true and correct copy of the Motion for Extension of Time to File Stipulation, filed by the lender, Toyota Motor Credit Corporation.

        KML LAW GROUP, P.C.

        By: */s/ Maria Demetrios Kotsikoros*
        **Maria Demetrios Kotsikoros, Paralegal**
        (215) 825-6458
        mkotsikoros@kmllawgroup.com
        **for James C. Warmbrodt, Esquire**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph M. Rutkoski Sr.<br>      <u>Debtor</u><br><br>Toyota Motor Credit Corporation<br>      <u>Movant</u><br>  vs.<br><br>Joseph M. Rutkoski Sr.<br>      <u>Debtor/Respondent</u><br><br>  and<br><br>Kelly Ann Rutkoski  <u>Additional Respondent</u><br><br>  And<br><br>Charles J. DeHart, III Esq., Trustee<br>      <u>Additional Respondent</u> | CHAPTER 13<br><br><br>NO. 16-04378 JJT |

## CERTIFICATE OF SERVICE
## OF MOTION FOR EXTENSION OF TIME TO FILE STIPULATION

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 3, 2017</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Joseph M. Rutkoski, Sr.
9 Smythe Street
Sugar Notch, PA 18706

<u>Attorney for Debtor(s)</u>
David J. Harris (ALSO VIA ECF)
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

<u>Trustee</u>
Charles J. DeHart, III (ALSO VIA ECF)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Additional Respondent
Kelly Ann Rutkoski
9 Smythe Street
Sugar Notch, PA 18706

Method of Service: electronic means or first class mail

Dated: <u>November 3, 2017</u>

                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                Attorney for Movant
                KML Law Group, P.C.
                BNY Mellon Independence Center

701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322