```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 16-04378-JJT
Joseph M. Rutkoski, Sr.                                                 Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CGambini            Page 1 of 1            Date Rcvd: Nov 30, 2017
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
          +Kelly Ann Rutkoski,    9 Smythe Street,    Sugar Notch, PA 18706-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Joseph M. Rutkoski, Sr. dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph M. Rutkoski Sr. <br> <u>Debtor</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> <u>Movant</u> <br> vs. | NO. 16-04378 JJT |
| Joseph M. Rutkoski Sr. <br> <u>Debtor/Respondent</u> <br> Kelly Ann Rutkoski    <u>Additional Respondent</u> <br> Charles J. DeHart, III Esq., Trustee <br> <u>Trustee</u> | 11 U.S.C. Sections 362 and 1301 |

## **ORDER**

Upon consideration of the stipulation ( docket 50), it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: November 30, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)