**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail: dh@lawofficeofdavidharris.com**

---

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JOSEPH M. RUTKOSKI, SR. | : | Chapter 13 |
| | : | Case No.: 5:16-bk-04378-JJT |
| Debtor | : | |

---

| | | |
|---|---|---|
| VANDERBILT MORTGAGE AND | : | |
| FINANCE, INC.       Movant | : | |
| v. | : | |
| JOSEPH M. RUTKOSKI, SR. | : | |
| Debtor/Respondent | : | |
| and | : | 11 U.S.C. § 362 and 1301 |
| Charles J. DeHart, III Esquire, Trustee | : | |
| Respondent | : | |

---

### ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY
---

The Debtor, JOSEPH M. RUTKOSKI, Sr., by and through his counsel, David J. Harris, Esquire, objects to the Motion for Relief from the Automatic Stay of Vanderbilt Mortgage and Finance, Inc., as follows:

1. ADMITTED.

2. DENIED. It is believed and is therefore averred that the Debtor owns the subject property with his spouse who is not named herein as a co-debtor. The Debtor will verify his records to determine if this is an accurate response and, if it is not accurate, he will amend his answer prior to the hearing date.

3. ADMITTED.

4. DENIED. Strict proof thereof is demanded for trial.

5. DENIED. Strict proof thereof is demanded for trial.

6. DENIED. Strict proof thereof is demanded for trial.

WHEREFORE, the Debtor respectfully requests that this Honorable Court deny the relief sought by Movant in its Motion.

## **AFFIRMATIVE DEFENSES**

7. Debtor hereby incorporates by reference his answers in Paragraphs 1 through 6 above as if made a part hereof.

8. There is sufficient equity in the subject property.

9. Movant is adequately protected.

10. The subject property is necessary to the Debtor for an effective reorganization.

11. There is no cause for granting the relief sought by Movant in its Motion.

WHEREFORE, the Debtor respectfully requests that this Honorable Court deny the relief sought by Movant in its Motion.

RESPECTFULLY SUBMITTED

Dated: February 22, 2018　　　　By:　/s/ David J. Harris_____
　　　Wilkes-Barre, Pennsylvania　　　　　DAVID J. HARRIS, ESQUIRE