# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Joseph M. Rutkoski, Sr.

**Debtor(s)**

Vandebilt Mortgage and Finance, Inc.

**Plaintiff(s)/Movant(s)**
vs.
Joseph M. Rutkoski, Sr.

Charles J. DeHart, III

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 5 - 16 -bk- 04378-jjt

ADVERSARY NO. __-__ -ap-_____
 (if applicable)

Nature of Proceeding: Motion for Relief

Motion for Relief

Document #: 56

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
The parties are in the process of negoting a settlement of the Motion for Relief and request a continuance to allow additional time to finalize a stipulation.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 3/9/18

/s/Sarah K. McCaffery

Attorney for Movant

Name: Sarah K. McCaffery

Phone Number: 215-886-8790

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed