# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 16-04378 |
| **Joseph M. Rutkoski, Sr.** | Chapter 13 |
| Debtor(s) | Judge Henry W. Van Eck |
| | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Disney Vacation Development, Inc.** | Related Document # |
| Movant, | |
| vs | |
| **Joseph M. Rutkoski, Sr.** | |
| **Jack N Zaharopoulos (Trustee)** | |
| Respondents. | |

## NOTICE OF CHANGE OF ADDRESS

Manley Deas Kochalski LLC gives notice to the Court and all parties that the **notice and payment address** for **Disney Vacation Development, Inc.** ("Creditor") has changed. All notices, pleadings, and other papers required, or permitted to be served or filed, and all payments to Creditor by Trustee, Debtor, or both, should be sent to:

Disney Vacation Club
1851 Community Drive
Lake Buena Vista, FL 32830

Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Authorized Agent for Creditor
Contact email is amps@manleydeas.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-04378** |
| **Joseph M. Rutkoski, Sr.** | : | **Chapter 13** |
| | : | **Judge Henry W. Van Eck** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Disney Vacation Development, Inc.** | : | **Related Document #** |
| **Movant,** | : | |
| | : | |
| vs | : | |
| | : | |
| **Joseph M. Rutkoski, Sr.** | : | |
| | : | |
| | : | |
| **Jack N Zaharopoulos (Trustee)** | : | |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Change of Address was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos (Trustee), Chapter 13 Trustee, info@pamd13trustee.com

David J. Harris, Attorney for Joseph M. Rutkoski, Sr., dh@lawofficeofdavidharris.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Joseph M. Rutkoski, Sr., 9 Smythe St, Sugar Notch, PA 18706-2512

/s/ Adam B. Hall