# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JOSEPH M. RUTKOSKI, SR.      Case No.: 5-16-04378-MJC
        Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | ONEMAIN FINANCIAL |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 2391 |
| Property Address if applicable: | 9 SMYTHE ST., , SUGAR NOTCH, PA18706-2512 |

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,488.50 |
| b. | Prepetition arrearages paid by the Trustee: | $1,488.50 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,488.50 |

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 20, 2021  Respectfully submitted,

s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name: ONEMAIN FINANCIAL
Court Claim Number: 05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 0050 | 1183040 | 04/03/2018 | $15.78 | $0.00 | $15.78 |
| 0050 | 1186155 | 05/15/2018 | $79.12 | $0.00 | $79.12 |
| 0050 | 1187452 | 06/07/2018 | $79.12 | $0.00 | $79.12 |
| 0050 | 1188847 | 07/12/2018 | $79.12 | $0.00 | $79.12 |
| 0050 | 1190213 | 08/09/2018 | $79.12 | $0.00 | $79.12 |
| 0050 | 1191528 | 09/06/2018 | $79.12 | $0.00 | $79.12 |
| 0050 | 1192867 | 10/10/2018 | $79.12 | $0.00 | $79.12 |
| 0050 | 1194225 | 11/08/2018 | $78.78 | $0.00 | $78.78 |
| 0050 | 1195623 | 12/13/2018 | $78.78 | $0.00 | $78.78 |
| 0050 | 1196999 | 01/10/2019 | $78.79 | $0.00 | $78.79 |
| 0050 | 1198128 | 02/07/2019 | $78.78 | $0.00 | $78.78 |
| 0050 | 1199388 | 03/12/2019 | $78.79 | $0.00 | $78.79 |
| 0050 | 1200759 | 04/11/2019 | $78.78 | $0.00 | $78.78 |
| 0050 | 1202087 | 05/09/2019 | $78.79 | $0.00 | $78.79 |
| 0050 | 1203391 | 06/06/2019 | $78.78 | $0.00 | $78.78 |
| 0050 | 1218572 | 06/02/2020 | $45.92 | $0.00 | $45.92 |
| 0050 | 1219603 | 07/07/2020 | $56.48 | $0.00 | $56.48 |
| 0050 | 1220647 | 08/12/2020 | $56.47 | $0.00 | $56.47 |
| 0050 | 1221705 | 09/17/2020 | $56.49 | $0.00 | $56.49 |
| 0050 | 1222700 | 10/15/2020 | $56.47 | $0.00 | $56.47 |
| 0050 | 1223521 | 11/03/2020 | $57.11 | $0.00 | $57.11 |
| 0050 | 1224465 | 12/10/2020 | $38.79 | $0.00 | $38.79 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOSEPH M. RUTKOSKI, SR.           Case No.: 5-16-04378-MJC
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 20, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| DAVID J. HARRIS, ESQUIRE<br>69 PUBLIC SQUARE<br>SUITE 700<br>WILKES-BARRE PA, 18701- | SERVED ELECTRONICALLY |
| ONE MAIN<br>PO BOX 3251<br>EVANSVILLE, IN, 47731-3251 | SERVED BY 1ST CLASS MAIL |
| JOSEPH M. RUTKOSKI, SR.<br>9 SMYTHE ST.<br>SUGAR NOTCH, PA 18706-2512 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com