# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JOSEPH M. RUTKOSKI, SR.                          Case No.: 5-16-04378-MJC
                                                                      Chapter 13

         Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**         **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | VANDERBILT MORTGAGE & FINANCE |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 7053/PRE ARREARS/9 SMYTH ST |
| Property Address if applicable: | 9 SMYTHE ST., , SUGAR NOTCH, PA18706-2512 |

**PART 2:**         **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a.   Allowed prepetition arrearages:                                            $2,685.79
b.   Prepetition arrearages paid by the Trustee:                       $2,685.79
c.   Amount of postpetition fees, expenses, and charges recoverable
      Under Bankruptcy Rule 3002.1(c):                                     $0.00
d.   Amount of postpetition fees, expenses, and charges recoverable
      Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:       $0.00
e.   Allowed postpetition arrearage:                                               $0.00
f.   Postpetition arrearages paid by the Trustee:                             $0.00
g.   Total b, d, f:                                                                                $2,685.79

**PART 3:**         **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**         **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 20, 2021           Respectfully submitted,

                        s/ Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        Suite A, 8125 Adams Drive
                        Hummelstown, PA 17036
                        Phone: (717) 566-6097
                        Fax: (717) 566-8313
                        eMail: info@pamd13trustee.com

Creditor Name: VANDERBILT MORTGAGE & FINANCE
Court Claim Number: 03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1183397 | 04/03/2018 | $28.47 | $0.00 | $28.47 |
| 5200 | 1186563 | 05/15/2018 | $142.76 | $0.00 | $142.76 |
| 5200 | 1187759 | 06/07/2018 | $142.76 | $0.00 | $142.76 |
| 5200 | 1189228 | 07/12/2018 | $142.76 | $0.00 | $142.76 |
| 5200 | 1190569 | 08/09/2018 | $142.76 | $0.00 | $142.76 |
| 5200 | 1191869 | 09/06/2018 | $142.76 | $0.00 | $142.76 |
| 5200 | 1193241 | 10/10/2018 | $142.76 | $0.00 | $142.76 |
| 5200 | 1194589 | 11/08/2018 | $142.16 | $0.00 | $142.16 |
| 5200 | 1196019 | 12/13/2018 | $142.16 | $0.00 | $142.16 |
| 5200 | 1197360 | 01/10/2019 | $142.15 | $0.00 | $142.15 |
| 5200 | 1198422 | 02/07/2019 | $142.16 | $0.00 | $142.16 |
| 5200 | 1199740 | 03/12/2019 | $142.15 | $0.00 | $142.15 |
| 5200 | 1201133 | 04/11/2019 | $142.16 | $0.00 | $142.16 |
| 5200 | 1202441 | 05/09/2019 | $142.15 | $0.00 | $142.15 |
| 5200 | 1203766 | 06/06/2019 | $142.16 | $0.00 | $142.16 |
| 5200 | 9007572 | 06/02/2020 | $82.84 | $0.00 | $82.84 |
| 5200 | 9007864 | 07/07/2020 | $101.91 | $0.00 | $101.91 |
| 5200 | 9008181 | 08/12/2020 | $101.91 | $0.00 | $101.91 |
| 5200 | 9008505 | 09/17/2020 | $101.90 | $0.00 | $101.90 |
| 5200 | 9008813 | 10/15/2020 | $101.91 | $0.00 | $101.91 |
| 5200 | 9009065 | 11/03/2020 | $103.03 | $0.00 | $103.03 |
| 5200 | 9009366 | 12/10/2020 | $70.01 | $0.00 | $70.01 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOSEPH M. RUTKOSKI, SR.     Case No.: 5-16-04378-MJC
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 20, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| DAVID J. HARRIS, ESQUIRE<br>69 PUBLIC SQUARE<br>SUITE 700<br>WILKES-BARRE PA, 18701- | SERVED ELECTRONICALLY |
| VANDERBILT MTG & FINANCE INC<br>PO BOX 9800<br>MARYVILLE, TN, 37802 | SERVED BY 1ST CLASS MAIL |
| JOSEPH M. RUTKOSKI, SR.<br>9 SMYTHE ST.<br>SUGAR NOTCH, PA 18706-2512 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com