In re:  Case No. 16-04378-MJC
Joseph M. Rutkoski, Sr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Dec 30, 2021      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joseph M. Rutkoski, Sr., 9 Smythe St, Sugar Notch, PA 18706-2512 |
| 4847396 | #+ | APR Supply Co., 749 Guilford Street, Lebanon, PA 17046-3531 |
| 4847397 | | Berkheimer Tax Administrator, PO Box 25143, Lehigh Valley, PA 18002-5143 |
| 4876191 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4847399 | | Concord VCLTA, LLC, PO Box 29352, Phoenix, AZ 85038-9352 |
| 4847411 | ++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751 address filed with court:, PA Dept. Of Labor & Industry, 651 Boas St Fl 10, Harrisburg, PA 17121-0751 |
| 5210432 | | DVC, 28397 Network Place, Chicago, IL 60673-1283 |
| 5224256 | | Disney Vacation Club, 1851 Community Drive, Lake Buena Vista, FL 32830 |
| 4847402 | + | Home Depot USA Inc., 2455 Paces Ferry Road, Store Support Center, Atlanta, GA 30339-6444 |
| 4847395 | | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 4847405 | | Lineberger, Goggan, Blair & Sampson, LLP, PO Box 90128, Harrisburg, PA 17109-0128 |
| 4847406 | + | Luzerne County Tax Claim Bureau, 200 North River Street, Luzerne County, Wilkes-Barre, PA 18711-1001 |
| 4847409 | | NYSIF Legal Department, 2001 Perimeter Rd E, Endicott, NY 13760-7310 |
| 4847408 | | Nationwide Insurance, 1 Nationwide Bldg, Dept 5582, Des Moines, IA 50391-1913 |
| 4847412 | | Pierce Phelps, Attn: Gentile Law Firm, 220 S White Horse Pike, Audubon, NJ 08106-1371 |
| 4847413 | | Pierce-Phelps Inc., 2251 Industrial Hwy, York, PA 17402-2224 |
| 4847415 | | RJ Walker Co., 5 Spring St, Wilkes Barre, PA 18702-5527 |
| 4847414 | | ReMichel Co., c/o Amato, Keating and Lessa, PC, 107 N Commerce Way Ste 100, Bethlehem, PA 18017-8913 |
| 4847394 | | Rutkoski Joseph M Sr, 9 Smythe St, Sugar Notch, PA 18706-2512 |
| 4847416 | | Service Electric Cable, P. O. Box 25025, Lehigh Valley, PA 18002-5025 |
| 4847419 | | Toyota Motor Credi, Central Credit Services, PO Box 15118, Jacksonville, FL 32239-5118 |
| 4866028 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4847422 | | Verizon, The CBE Group, PO Box 2594, Waterloo, IA 50704-2594 |
| 4847424 | | York International, c/o Amato, Keating and Lessa, PC, 107 N Commerce Way Ste 100, Bethlehem, PA 18017-8913 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4847398 | EDI: CAPITALONE.COM | Dec 30 2021 23:38:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 4851929 | EDI: CAPITALONE.COM | Dec 30 2021 23:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4876191 | Email/PDF: bncnotices@becket-lee.com | Dec 30 2021 18:38:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4847400 | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2021 18:38:32 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4847403 | | EDI: IRS.COM | Dec 30 2021 23:38:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 4847404 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 30 2021 18:34:00 | Kohl's Payment Center, P. O. Box 2983, Milwaukee, WI 53201-2983 |
| 4872297 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 30 2021 18:38:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4888135 | + | EDI: MID8.COM | Dec 30 2021 23:38:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. as agent, for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4847407 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 30 2021 18:38:36 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 4868100 | | EDI: AGFINANCE.COM | Dec 30 2021 23:38:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 4847410 | | EDI: PENNDEPTREV | Dec 30 2021 23:38:00 | PA Dept Of Revenue, PO Box 280946, Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 4847410 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2021 18:34:00 | PA Dept Of Revenue, PO Box 280946, Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 4894548 | | EDI: PRA.COM | Dec 30 2021 23:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4847417 | | EDI: AGFINANCE.COM | Dec 30 2021 23:38:00 | Springleaf Financial Services, PO Box 742536, Cincinnati, OH 45274-2536 |
| 4847418 | | EDI: RMSC.COM | Dec 30 2021 23:38:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 4847420 | | EDI: URSI.COM | Dec 30 2021 23:38:00 | United Recovery Systems, LP, P. O. Box 722910, Houston, TX 77272-2910 |
| 5018552 | | EDI: VAND.COM | Dec 30 2021 23:38:00 | Vanderbilt Mortgage and Finance, Inc., 500 Alcoa Trail, Maryville, TN 37804 |
| 4847421 | | EDI: VAND.COM | Dec 30 2021 23:38:00 | Vanderbilt Mortgage, PO Box 9800, Maryville, TN 37802-9800 |
| 4852829 | + | EDI: VAND.COM | Dec 30 2021 23:38:00 | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |
| 4879355 | | EDI: WFFC.COM | Dec 30 2021 23:38:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 4847423 | + | EDI: WFFC.COM | Dec 30 2021 23:38:00 | Wells Fargo Financial Nat'l Bank, MAC #N8235-040, 7000 Vista Dr, West Des Moines, IA 50266-9310 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | VANDERBILT MORTGAGE AND FINANCE INC, P O BOX 9800, MARYVILLE TN 37802-9800, address filed with court:, Vanderbilt Mortgage and Finance, Inc., 500 Alcoa Trail, Maryville, TN 37804 |
| 4847401 | ## | Haggerty, Hinton & Cosgrove, LLP, 203 Franklin Ave, Scranton, PA 18503-1911 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2022                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor Disney Vacation Development Inc. amps@manleydeas.com |
| David J. Harris | on behalf of Debtor 1 Joseph M. Rutkoski Sr. dh@lawofficeofdavidharris.com, davidharrisesqign@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Sarah K. McCaffery | on behalf of Creditor Vanderbilt Mortgage and Finance Inc. bankruptcy@powerskirn.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Joseph M. Rutkoski Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1759<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–04378–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph M. Rutkoski Sr.

**By the court:**

12/30/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**