IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Joseph M. Rutkoski, Sr.

Debtor(s)

Chapter 13 Proceeding

Case No. 16-04378-MJC

## SUBSTITUTION OF APPEARANCE

TO THE COURT:

YOU ARE HEREBY authorized to substitute Michael J. Clark of the law firm of Richard M. Squire & Associates, LLC as attorneys for Secured Creditor, Vanderbilt Mortgage and Finance, Inc. in connection with the above entitled actions.

Dated: February 27, 2022

*Withdrawing Attorney*

By: **/s/Sarah K. McCaffery**
Sarah K. McCaffery, Esq., P.A.I.D. #311728
Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone# 215-942-2090

Dated: February 27, 2022

*Superseding Attorney*

By: **/s/ Michael J. Clark**
Attorney ID# 202929
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue
Suite 104
Jenkintown, PA 19046
Telephone: 215-886-8790